IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEVON GREEN,

    Plaintiff,

v.

                                      Case No. 19-cv-797-wmc

JEFFREY MANLOVE,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 9/28/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |